ACCEPTED
04-14-00338-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/23/2015 12:07:59 PM
KEITH HOTTLE
CLERK

Law Office of David A. Schulman
Post Office Box 783
Austin, Texas 78767
Tel. 512-474-4747
Fax: 512-532-6282

No. 04-14-00338-CR

IN THE COURT OF APPEALS FOR THE FOURTH JUDICIAL
DISTRICT OF TEXAS, AT SAN ANTONIO

**Benny Cavazos Valverde**, Appellant

v.

**The State of Texas**, Appellee

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/23/2015 12:07:59 PM
KEITH E. HOTTLE
Clerk

On Appeal in Case No. 2012CR3980, from the 290th District Court of Bexar County, the Hon. Melissa Skinner, Judge Presiding

## Motion for Extension of Time To File Appellant's Brief on Appeal

TO THE HONORABLE FOURTH COURT OF APPEALS:

COMES NOW, Benny Cavazos Valverde, Appellant in the above styled and numbered cause ("Appellant"), by and through his retained counsel, David A. Schulman, his undersigned attorney of record, and respectfully enters this "Motion for Extension of Time to File Appellant's Brief on Appeal," and in support of such Motion would show the Court:

I

Appellant was convicted of the offense of murder in the 290th District Court of Bexar County, then timely perfected his appeal. The deadline for filing Appellant's Brief with the Court is the 23rd day of March, 2015. Appellant's request for an extension is based upon the inability of the undersigned attorney to complete his

1

review of the record, which runs in excess of 1200 pages, and to finish research on the issues raised by the trial of the case.

## II

Said attorney would further show that he will require an additional thirty (30) days in which to complete the research and prepare Appellant's Brief on Appeal.  This is Appellant's second request for an extension of time in which to file his brief.

## Prayer

WHEREFORE PREMISES CONSIDERED, Appellant prays this Honorable Court to grant his "Motion for Extension of Time to File Brief on Appeal," and Order that the deadline for filing such be extended an additional thirty (30) days, until April 22, 2015, or until such time as set by this Court.

Respectfully submitted,

**David A. Schulman**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
Tel. 512-474-4747
Fax: 512-532-6282
zdrdavida@davidschulman.com

State Bar Card No. 17833400

Attorney for Appellant

# Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 320 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on March 23, 2015, a true and correct copy of the above and foregoing motion for extension was transmitted via the eService function on the State's eFiling portal, to Laura E. Durbin (laura.durbin@bexar.org), counsel of record for the State of Texas.

_____

**David A. Schulman**